```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 41242
  ALAN BRENT COOK
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1562
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/05/04 and confirmed on 01/13/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 115659.42 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | 55441.23 | .00 | 55441.23 |
| CHASE MANHATTAN AUTOMOTI | SECURED VEHIC | 15050.00 | 1098.43 | 15050.00 |
| RESURGENT CAPITAL | SECURED | 1000.00 | 56.46 | 1000.00 |
| CITICARDS PRIVATE LABEL | SECURED | 300.00 | 18.79 | 300.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 807.00 | .00 | 807.00 |
| COOK COUNTY CONSOLIDATIO | UNSECURED | NOT FILED | .00 | .00 |
| LOAN SERVICING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| LOAN SERVICING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SOVEREIGN BANK NEW ENGLA | UNSECURED | 6934.59 | .00 | 6934.59 |
| WELLS FARGO EDUC FINANCI | UNSECURED | 633.22 | 102.82 | 633.22 |
| WELLS FARGO EDUC FINANCI | UNSECURED | 1107.98 | .00 | 1107.98 |
| ASPIRE VISA | UNSECURED | 1131.25 | .00 | 1131.25 |
| ECAST SETTLEMENT CORP | UNSECURED | 1833.54 | .00 | 1833.54 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1469.12 | .00 | 1469.12 |
| CHASE MANHATTAN AUTOMOTI | UNSECURED | 4758.03 | .00 | 4758.03 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1006.78 | .00 | 1006.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2560.19 | .00 | 2560.19 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8074.33 | .00 | 8074.33 |
| WELLS FARCO EDUC FINANCI | UNSECURED | 120.28 | .00 | 120.28 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 71791.23 | .00 | 30436.31 | .00 | 102227.54 |
| PRINCIPAL PAID | 71791.23 | .00 | 30436.31 | .00 | 102227.54 |
| INTEREST PAID | 1173.68 | .00 | 102.82 | .00 | 1276.50 |

```
TOTAL PAID              72964.91            .00      30539.13            .00    103504.04
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   4741.82 .

Refunds to the Debtor totaled $   4713.56 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 05/21/08                    /S/
                                          GLENN STEARNS
                                        CHAPTER 13 TRUSTEE